UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

ALLEN SCOTT GARDNER,

                Plaintiff,

-against-

                ORDER

DOMINIC ROBINSON, *Shield #6922*, et al.

                16 Civ. 1548 (GBD) (RWL)

                Defendants.

------------------------------------- X

GEORGE B. DANIELS, District Judge:

The Joint Pretrial Order is due by July 10, 2020. The May 21, 2020 pretrial conference is adjourned to July 23, 2020 at 9:45 a.m. The jury trial is adjourned to begin on August 10, 2020.

Dated: April 21, 2020
       New York, New York

                                  SO ORDERED.

                                  *George B. Daniels*
                                  GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE