UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ALLEN SCOTT GARDNER,

                      Plaintiff,

  -against-

DOMINIC ROBINSON, *Shield #6922*, et al.

                    Defendants.

------------------------------------- X

ORDER

16 Civ. 1548 (GBD) (RWL)

GEORGE B. DANIELS, District Judge:

    The jury trial is adjourned to begin on November 8, 2021 at 9:45 a.m. The pretrial conference is adjourned from June 17, 2021 to September 22, 2021 at 10:30 a.m.

Dated: June 16, 2021
       New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE