THOMPSON HINE     ATLANTA     CLEVELAND     DAYTON     WASHINGTON, D.C.
                 CINCINNATI     COLUMBUS     NEW YORK

June 24, 2022

**SO ORDERED**

VIA ECF

The Pre-trial conference is adjourned to October 14, 2022 at 10:00 a.m.

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007-1312

JUN 2 7 2022

/s/ George B. Daniels
HON. GEORGE B. DANIELS

RE: *Gardner v. Robinson, et al.*, Civ. No. 16-cv-1548-GBD-RWL

Dear Judge Daniels:

    We write jointly with Defendants to request an adjournment of the pre-trial conference presently scheduled for Tuesday, June 28, 2022. Pursuant to Your Honor's Order dated May 23, 2022 (Doc. 125) the trial in this matter is scheduled to begin November 7, 2022. The parties respectfully request that the pre-trial conference be adjourned to a date in September or October 2022, prior to the date set for trial.

    Should Your Honor have any questions or wish to discuss further, counsel can be available for a conference all at the Court's convenience.

Respectfully,

/s/*Brian Lanciault*

Brian Lancialt

cc:     All Counsel of Record (via ECF)

Brian.Lanciault@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3945           4841-0023-3090.2

THOMPSON HINE LLP     335 Madison Avenue     www.ThompsonHine.com
ATTORNEYS AT LAW       12th Floor                  O: 212.344.5680
                               New York, New York 10017-4611   F: 212.344.6101