UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
ALLEN SCOTT GARDNER,

                    Plaintiff,

    -against-

DOMINIC ROBINSON, *Shield #6922*, et al.

                    Defendants.

------------------------------------ X

ORDER

16 Civ. 1548 (GBD) (RWL)

GEORGE B. DANIELS, District Judge:

    The October 14, 2022 pre-trial conference is adjourned until October 18, 2022 at 10:00 a.m.

Dated: October 3, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE