UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

ALLEN SCOTT GARDNER,

                Plaintiff,

  -against-

DOMINIC ROBINSON, *Shield #6922*, et al.

                Defendants.

------------------------------------- x

ORDER

16 Civ. 1548 (GBD) (RWL)

GEORGE B. DANIELS, District Judge:

The November 7, 2022 trial is adjourned until January 17, 2023.

Dated: October 4, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE