**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
ALLEN SCOTT GARDNER,                          :
                                              :
                        Plaintiff,            :
        -against-                             :
                                              :        ORDER
DOMINIC ROBINSON, *Shield #6922*, et al.      :
                                              :        16 Civ. 1548 (GBD) (RWL)
                        Defendants.           :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The October 18, 2022 pre-trial conference is adjourned until November 29, 2022 at 10:30

a.m. The Clerk of the Court is directed to close the open motion at ECF No. 133 (first letter motion

to adjourn conference).

Dated: OCT 1 1 2022
New York, New York

SO ORDERED.

_George B. Daniels_

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE