UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
ALLEN SCOTT GARDNER,

                Plaintiff,

    -against-

DOMINIC ROBINSON, *Shield #6922*, et al.,

               Defendants.

------------------------------------ X

ORDER

16 Civ. 1548 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

    The November 29, 2022 pre-trial conference is adjourned until January 4, 2023 at 9:45 a.m. The Clerk of Court is directed to close the open motion at ECF No. 135 (second letter motion to adjourn conference).

Dated: November 21, 2022
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE