**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ALLEN SCOTT GARDNER,

                Plaintiff,

-against-

DOMINIC ROBINSON, *Shield #6922*, et al.

                Defendants.

------------------------------------- x

ORDER

16 Civ. 1548 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

The January 17, 2023 trial is adjourned until April 10, 2023. The January 4, 2023 pre-trial conference is adjourned until March 8, 2023 at 9:45 a.m.

Dated: December 15, 2022
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE