UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

ALLEN SCOTT GARDNER,

                 Plaintiff,

  -against-

DOMINIC ROBINSON, *Shield #6922, et al.*,

                 Defendants.

------------------------------------ x

ORDER

16 Civ. 1548 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

In light of the Defendants' representation about the parties' settlement discussions, the March 8, 2023 pre-trial conference is adjourned *sine die*. The April 10, 2023 trial is also adjourned *sine die*.

The parties shall submit a further update on the status of settlement no later than April 17, 2023.

Dated: February 16, 2023
       New York, New York

SO ORDERED.

*[Signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE