UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

ALLEN SCOTT GARDNER,

                Plaintiff,

-against-

DOMINIC ROBINSON, *Shield #6922, et al.*,

                Defendants.

------------------------------------- x

ORDER

16 Civ. 1548 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

    The May 23, 2023 settlement conference is adjourned until July 18, 2023 at 10:30 a.m. The Clerk of Court is directed to close the open letter motion at ECF No. 143 (letter motion to adjourn conference).

Dated: April 26, 2023
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE