UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
ALLEN SCOTT GARDNER, :
:
Plaintiff, :
-against- :
: ORDER
DOMINIC ROBINSON, *Shield #6922, et al.*, :
: 16 Civ. 1548 (GBD) (RWL)
Defendants. :
:
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The July 18, 2023 settlement conference is adjourned until July 27, 2023 at 10:15 a.m. The Clerk of Court is directed to close the open letter motions at ECF Nos. 146, 147, and 148 (letter motions to adjourn conference).

Dated: July 18, 2023
    New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE