UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ALLEN SCOTT GARDNER,

                 Plaintiff,

  -against-

DOMINIC ROBINSON, *Shield #6922, et al.*,

                Defendants.
------------------------------------- x

ORDER

16 Civ. 1548 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

    The July 27, 2023 settlement conference is adjourned until July 27, 2023 at 12:00 p.m.

Dated: July 19, 2023
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE