UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ALLEN SCOTT GARDNER,

                Plaintiff,

  -against-

DOMINIC ROBINSON, *Shield #6922, et al.*,

                Defendants.

------------------------------------- x

ORDER

16 Civ. 1548 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle at the July 27, 2023 settlement conference, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: September 14, 2023
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge